# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GARY HUNT,
ADC # 123590                                                      PLAINTIFF

V.                    CASE NO. 4:17-CV-00381-JM-BD

JEREMY THOMPSON, et al.                                           DEFENDANTS

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. Any party may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, parties may also waive any right to appeal questions of fact.

**II.   Discussion:**

Plaintiff Gary Hunt filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entry #1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On August 22, 2017, the Court ordered Mr. Hunt to update his address, after his mail was returned to court as undeliverable. (#9) The Court specifically cautioned Mr. Hunt that his claims could be dismissed if he failed to comply with the Order. (#9) To date, Mr. Hunt has failed to comply with the Court's Order and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Mr. Hunt's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 22, 2017 Order and failure to comply with local rules.

DATED this 27th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE