**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GARY HUNT,
ADC # 123590**                                                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 4:17-CV-00381 JM/BD**

**JEREMY THOMPSON, et al.**                                                                    **DEFENDANTS**

<u>**ORDER**</u>

     The Court has received a Recommended Disposition ("Recommendation") filed by

Magistrate Judge Beth Deere. The parties have not filed objections. After careful review

of the Recommendation, the Court concludes that the Recommendation should be, and

hereby is, approved and adopted as this Court's findings in all respects in its entirety.

     Mr. Hunt's lawsuit is DISMISSED, without prejudice.

     IT IS SO ORDERED, this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE