IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY HUNT,**
**ADC # 123590**                                                              **PLAINTIFF**

**V.**                  **CASE NO. 4:17-CV-00381 JM/BD**

**JEREMY THOMPSON, et al.**                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED.

Dated this 17th day of October, 2017.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE